## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DONAL R. EDWARDS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 1:23-cv-29-TFM-MU |
| | ) | |
| CHANCE THOMPSON, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's action is **DISMISSED without**

**prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of November, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE